1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GEORGE MERCIER,

        Plaintiff,

v.

UNITED STATES MARSHALS, et al.,

        Defendants.

2:06-CV-1003 JCM (LRL)

Date:     N/A
Time:    N/A

**ORDER**

    Presently before the court is the report and recommendation of United States Magistrate Judge Robert J. Johnston (Doc. # 3), filed on March 19, 2007.

    Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. Here, no objections were filed.

    On March 19, 2007, Magistrate Judge Johnston recommended that plaintiff's application to proceed in forma pauperis (Doc. # 1) be denied *without prejudice* and that his complaint be dismissed *with prejudice*. Upon review of the magistrate judge's findings and recommendation (Doc. # 3) and there being no objections filed,

. . .

. . .

. . .

. . .

1.     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge Johnston's report and recommendation (Doc. # 3) is AFFIRMED in its entirety. The instant action is hereby DISMISSED **with prejudice**.

DATED this 28th day of March, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**